# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowbeer, Hildy | USDC - District of Minnesota | 06/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge - full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building and U.S. Courthouse
Suite 632
316 N. Robert St.
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997-2015 | 3M Company Pension Plan - former employer, no control other than to specify when pension payments will start; intend to recuse from all 3M matters before Court |
| 2. | 1997-2015 | 3M Company Long Term Incentive Plan (stock options and Restricted Stock Units) - former employer; options and RSUs already granted will vest over time |
| 3. | 2014-2015 | 3M Company variable compensation component of salary - entitled to receive a pro-rated payment in February 2015 based on company's 2014 performance |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | 3M Innovative Properties Company - exercise of stock options, pro rata payment of variable compensation earned in 2014, deferred compensation | $705,453.00 |
| 2. | 2015 | New Harbinger Publishing Company - book royalties | $1,665.00 |
| 3. | 2015 | Taylor & Francis Group - book royalties | $236.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA-IPL | March 2-3, 2015 | Washington, DC | on faculty of Annual IP Law Conference | food, lodging, transportation |
| 2. | Sedona Conference | April 28-30, 2015 | Dallas, TX | attended conference on development of patent litigation best practices | food, lodging, transportation |
| 3. | Sedona Conference | October 18-21, 2015 | Washington, DC | attended conference on development of patent litigation best practices | food, lodging, transportation |
| 4. | American Intellectual Property Law Association | October 21-22, 2015 | Washington, DC | spoke on panel at AIPLA Annual Meeting | food, lodging, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 06/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. US Bank Checking Account | A | Interest | K | T | | | | | |
| 2. Fidelity Individual Account (Money Market) | A | Interest | K | T | | | | | |
| 3. 3M Company Stock (common) | D | Dividend | N | T | Donated (part) | | | | |
| 4. | | | | | Donated (part) | | | | |
| 5. | | | | | Buy (add'l) | 03/02/15 | O | | |
| 6. | | | | | Sold (part) | 03/02/15 | O | | |
| 7. 3M Company Restricted Stock Units (unvested) | | None | M | T | | | | | |
| 8. 3M Company VIP Excess (deferred compensation account (company managed) | | None | N | T | | | | | |
| 9. 3M Company Medical Savings Account | A | Interest | K | T | | | | | |
| 10. 3M Company Stock Options | | None | P1 | T | | | | | |
| 11. Condo, Marco Island, Collier County, FL (purchased Feb/2013, $412,000) | D | Rent | N | R | | | | | |
| 12. Brokerage Acct (Northwestern Mutual) (Assets listed below) | | | | | | | | | |
| 13. - DREYFUS GENERAL MNY MKT FUND CL B | A | Interest | J | T | | | | | |
| 14. - RUSSELL TAX-MANAGED U.S. MID & SMALL CAP FUND CLASS S | B | Distribution | K | T | Buy (add'l) | 02/24/15 | J | | |
| 15. - RUSSELL TAX MANAGED U.S. LARGE CAP FUND CLASS S | B | Dividend | N | T | Buy (add'l) | 02/24/15 | L | | |
| 16. - RUSSELL EMERGING MARKETS FUND CL S | A | Dividend | K | T | Buy (add'l) | 02/24/15 | K | | |
| 17. - RUSSELL GLOBAL REAL ESTATE SECURITIES FUND CLASS S | A | Dividend | K | T | Buy (add'l) | 02/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | Distribution | | | | | | | |
| 19. - RUSSELL TAX EXEMPT BOND FUND CLASS S | D | Distribution | M | T | Buy (add'l) | 02/24/15 | L | | |
| 20. - RUSSELL INT'L DEVELOPED MKTS FUND CLASS I (conv'd from CL S 7/27/15) | B | Dividend | M | T | Buy (add'l) | 02/24/15 | K | | |
| 21. Northwestern Mutual Life Insurance Policies | E | Dividend | N | T | | | | | |
| 22. Alliance Bernstein Collegebound Fund Balanced Portfolio Class C (529) | | None | K | T | | | | | |
| 23. Trust #2 (Assets listed below) | | | | | | | | | |
| 24. - RBC Prime Market Money Fund | A | Interest | J | T | | | | | |
| 25. -Franklin Income Mutual (previously incorrectly IDed as "Money") Fund | A | Dividend | K | T | | | | | |
| 26. - Pimco Low Duration Mutual Fund | A | Dividend | J | T | | | | | |
| 27. - Templeton Foreign Mutual Fund | A | Dividend | J | T | | | | | |
| 28. - Thornburg Investment Income Mutual Fund | A | Dividend | J | T | | | | | |
| 29. - BMO Harris Bank - checking acct and CD | A | Interest | J | T | | | | | |
| 30. Bowbeer IRA - Northwestern Mutual (Assets listed below) | | | | | | | | | |
| 31. - AllianzGI NFJ Dividend Value Fund Class A | A | Dividend | | | Sold | 12/07/15 | L | | |
| 32. - Brown Capital Management Small Company Fund | B | Distribution | J | T | | | | | |
| 33. - Columbia Acorn International Fund Class R4 | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | A | Dividend | | | | | | | |
| 35. - Delaware Emerging Markets Fund Institutional Class | | None | | | Sold | 12/08/15 | K | | |
| 36. - Dodge & Cox Income Fund | B | Dividend | L | T | Buy (add'l) | 06/29/15 | K | | |
| 37. - Europacific Growth Fund Class F-2 | A | Dividend | K | T | | | | | |
| 38. | A | Distribution | | | | | | | |
| 39. - Fidelity Advisor Mid Cap Fund Class I | B | Distribution | K | T | | | | | |
| 40. - General Money Market Fund Class B | A | Interest | J | T | | | | | |
| 41. - International Growth and Income Fund Class F-2 | A | Dividend | K | T | | | | | |
| 42. Invesco Balanced-Risk Commodity Strategy Fund Class Y | | None | K | T | Buy | 12/08/15 | K | | |
| 43. - John Hancock Disciplined Value Mid Cap Fund Class I | B | Distribution | K | T | | | | | |
| 44. - Metropolitan West Total Return Bond Fund Class I | A | Dividend | L | T | | | | | |
| 45. | A | Distribution | | | | | | | |
| 46. - MFS Value Fund Class I | C | Distribution | L | T | | | | | |
| 47. | B | Dividend | | | | | | | |
| 48. - New World Fund - Class F2 | A | Dividend | K | T | Buy | 12/08/15 | K | | |
| 49. - Northern Small Cap Value Fund | A | Distribution | J | T | | | | | |
| 50. - Parnassus Core Equity Fund Institutional Class | A | Dividend | L | T | Buy | 12/08/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - PIMCO Commodities Plus Strategy Fund Class P | A | Dividend | | | Sold | 12/08/15 | K | | |
| 52. - PIMCO Income Fund Class P (X) | C | Dividend | K | T | | | | | |
| 53. - Principal High Yield Fund Class P | A | Dividend | | | Sold | 12/29/15 | K | | |
| 54. - T Rowe Price Emerging Markets Stock Fund | A | Dividend | K | T | | | | | |
| 55. - T Rowe Price Real Estate Fund | B | Dividend | K | T | | | | | |
| 56. - The Oakmark International Small Cap Fund | A | Distribution | K | T | | | | | |
| 57. | A | Dividend | | | | | | | |
| 58. - The Oakmark International Fund Class I | A | Distribution | K | T | | | | | |
| 59. | A | Dividend | K | T | | | | | |
| 60. Bowbeer IRA - RBC Dain Rauscher (Assets listed below) | | | | | | | | | |
| 61. - RBC Cash and Federated Money Market Fund | A | Interest | L | T | | | | | |
| 62. - Alliance Bernstein Global Bond Mutual Fund | B | Dividend | L | T | Buy | 09/02/15 | L | | |
| 63. - Alliance Bernstein Unconstrained Bond Mutual Fund | B | Dividend | | | Sold (part) | 01/29/15 | K | A | |
| 64. | | | | | Sold | 09/02/15 | L | | |
| 65. - Brandes Emerging Markets Mutual Fund | B | Dividend | K | T | Buy (add'l) | 09/02/15 | J | | |
| 66. | | | | | Sold (part) | 01/29/15 | J | | |
| 67. - Brandes International Equity Mutual Fund | A | Dividend | | | Sold | 01/29/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68.  - Dodge & Cox Stock Mutual Fund | B | Dividend | L | T | Buy (add'l) | 01/29/15 | J | | |
| 69. | C | Distribution | | | Buy (add'l) | 09/02/15 | J | | |
| 70.  - Diamond Hill Long-Short Mutual Fund | A | Distribution | M | T | Buy | 01/29/15 | M | | |
| 71. | | | | | Sold (part) | 09/02/15 | J | A | |
| 72.  - Deutsche Croci Int'l Mutual Fund | B | Dividend | L | T | Buy | 01/29/15 | L | | |
| 73. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 74.  - Ishares Core High Dividend ETF | B | Dividend | K | T | Buy (add'l) | 01/29/15 | J | | |
| 75. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 76.  - Ishares Core Dividend Growth ETF | B | Dividend | K | T | Buy (add'l) | 01/29/15 | J | | |
| 77. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 78.  - Ishares Core S&P 500 Index ETF | B | Dividend | L | T | Buy (add'l) | 01/29/15 | K | | |
| 79. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 80.  - Ishares Core S&P Mid Cap ETF | B | Dividend | L | T | Buy | 01/29/15 | L | | |
| 81. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 82.  - Ishares Core MSCI Total Int'l Stock ETF | B | Dividend | K | T | Buy | 01/29/15 | K | | |
| 83. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 84.  - JP Morgan TR I Strategic Income Opportunities Mutual Fund | B | Dividend | L | T | Sold (part) | 01/29/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 09/02/15 | J | | |
| 86. - Mairs & Power Growth Mutual Fund | B | Dividend | L | T | Buy (add'l) | 09/02/15 | J | | |
| 87. | D | Distribution | | | Sold (part) | 01/29/15 | L | D | |
| 88. - MFS Growth Mutual Fund | C | Distribution | M | T | Sold (part) | 01/29/15 | K | B | |
| 89. | | | | | Sold (part) | 09/02/15 | J | A | |
| 90. - MFS SER TR X International Mutual Fund | B | Dividend | L | T | Buy (add'l) | 01/29/15 | J | | |
| 91. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 92. - Natixis Loomis Sayles Strategic Mutual Fund | B | Dividend | L | T | Sold (part) | 01/29/15 | K | | |
| 93. | | | | | Sold (part) | 09/02/15 | J | | |
| 94. - Natixis ASG Managed Futures Strategy Mutual Fund | B | Dividend | L | T | Buy (add'l) | 01/29/15 | K | | |
| 95. | C | Distribution | | | Buy (add'l) | 09/02/15 | J | | |
| 96. - Oakmark Global Select Mutual Fund | A | Dividend | M | T | Sold (part) | 01/29/15 | K | C | |
| 97. | D | Distribution | | | Sold (part) | 09/02/15 | J | A | |
| 98. - Pioneer Multi Asset Mutual Fund | A | Dividend | | | Sold (part) | 01/29/15 | K | | |
| 99. | | | | | Sold | 09/02/15 | K | | |
| 100. - Templeton Emerging Markets Mutual Fund | | None | | | Sold | 01/29/15 | J | B | |
| 101. - Templeton Global Bond Mutual Fund | A | Dividend | | | Sold | 01/29/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - Templeton Income Global Total Return Mutual Fund | C | Dividend | L | T | Buy | 01/29/15 | L | | |
| 103. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 104. - Thornburg INVT TR Mutual Fund | C | Dividend | L | T | Buy (add'l) | 01/29/15 | J | | |
| 105. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 106. - Vanguard Sector Index Financials ETF | A | Dividend | K | T | Buy | 01/29/15 | K | | |
| 107. | | | | | Sold (part) | 09/02/15 | J | | |
| 108. - Vanguard Sector Index Energy ETF | A | Dividend | K | T | Buy | 01/29/15 | K | | |
| 109. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 110. - Wells Fargo Absolute Return Mutual Fund | | None | | | Sold | 01/29/15 | L | | |
| 111. Brokerage Account (RBC) (Assets listed below) | | | | | | | | | |
| 112. - RBC Money Market Bank Deposit Program | A | Interest | L | T | | | | | |
| 113. - Alliance Bernstein Global Bond Mutual Fund | B | Dividend | L | T | Buy | 09/02/15 | L | | |
| 114. - Alliance Bernstein Unconstrained Bond Mutual Fund | A | Dividend | | | Buy (add'l) | 03/12/15 | J | | |
| 115. | | | | | Sold (part) | 01/29/15 | J | A | |
| 116. | | | | | Sold | 09/02/15 | K | | |
| 117. - Brandes Emerging Markets Mutual Fund | A | Dividend | | | Buy | 01/29/15 | K | | |
| 118. | | | | | Buy (add'l) | 03/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 120. | | | | | Sold | 11/24/15 | K | | |
| 121. - Diamond Hill Long-Short Mutual Fund | A | Distribution | L | T | Buy | 01/29/15 | K | | |
| 122. | | | | | Buy (add'l) | 03/12/15 | K | | |
| 123. | | | | | Sold (part) | 09/02/15 | J | A | |
| 124. - Deutsche Croci Int'l Mutual Fund | | None | | | Buy | 01/29/15 | K | | |
| 125. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 126. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 127. | | | | | Sold | 11/24/15 | K | | |
| 128. - Dodge & Cox Income Mutual Fund | A | Dividend | K | T | Buy | 11/24/15 | K | | |
| 129. - Dodge & Cox Stock Mutual Fund | A | Dividend | K | T | Buy (add'l) | 01/29/15 | J | | |
| 130. | B | Distribution | K | T | Buy (add'l) | 03/12/15 | K | | |
| 131. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 132. - FPA New Income Mutual Fund | A | Dividend | K | T | Buy | 11/24/15 | K | | |
| 133. - Ishares Core High Dividend ETF | B | Dividend | K | T | Buy (add'l) | 01/29/15 | J | | |
| 134. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 135. | | | | | Buy (add'l) | 09/02/15 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. - Ishares Core Dividend Growth ETF | A | Dividend | K | T | Buy (add'l) | 01/29/15 | J | | |
| 137. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 138. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 139. - Ishares Core S&P 500 Index ETF | A | Dividend | K | T | Buy (add'l) | 01/29/15 | J | | |
| 140. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 141. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 142. - Ishares Core S&P Mid Cap ETF | A | Dividend | L | T | Buy | 01/29/15 | K | | |
| 143. | | | | | Buy (add'l) | 03/12/15 | K | | |
| 144. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 145. - Ishares Core MSCI Total Int'l Stock ETF | A | Dividend | | | Buy | 01/29/15 | K | | |
| 146. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 147. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 148. | | | | | Sold | 11/24/15 | K | | |
| 149. - Ishares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 11/24/15 | K | | |
| 150. - JP Morgan TR I Strategic Income Mutual Fund | A | Dividend | | | Buy (add'l) | 03/12/15 | J | | |
| 151. | | | | | Sold (part) | 01/29/15 | J | | |
| 152. | | | | | Sold (part) | 09/02/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold | 11/24/15 | K | | |
| 154. - Mairs & Power Growth Mutual Fund | A | Dividend | K | T | Buy (add'l) | 03/12/15 | J | | |
| 155. | C | Distribution | | | Buy (add'l) | 09/02/15 | J | | |
| 156. | | | | | Sold (part) | 01/29/15 | K | C | |
| 157. - MFS Growth Mutual Fund | C | Distribution | L | T | Buy (add'l) | 03/12/15 | K | | |
| 158. | | | | | Sold (part) | 01/29/15 | J | A | |
| 159. | | | | | Sold (part) | 09/02/15 | J | A | |
| 160. - MFS SER TR X International Diversification Mutual Fund | | None | | | Buy | 01/29/15 | K | | |
| 161. | | | | | Buy (add'l) | 03/12/15 | K | | |
| 162. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 163. | | | | | Sold | 11/24/15 | K | | |
| 164. - Natixis Loomis Sayles Strategic Mutual Fund | A | Dividend | | | Buy | 03/12/15 | J | | |
| 165. | | | | | Sold (part) | 01/29/15 | J | | |
| 166. | | | | | Sold (part) | 09/02/15 | J | | |
| 167. | | | | | Sold | 11/24/15 | K | | |
| 168. - Natixis ASG Managed Futures Strategy Mutual Fund | B | Distribution | | | Buy (add'l) | 01/29/15 | K | | |
| 169. | A | Dividend | | | Buy (add'l) | 03/12/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 171. | | | | | Sold | 11/24/15 | L | | |
| 172.  - Oakmark Global Select Mutual Fund | A | Dividend | L | T | Buy (add'l) | 03/12/15 | K | | |
| 173. | C | Distribution | | | Sold (part) | 01/29/15 | J | B | |
| 174. | | | | | Sold (part) | 09/02/15 | J | A | |
| 175.  - Pioneer Multi Asset Mutual Fund | A | Dividend | | | Buy | 03/12/15 | J | | |
| 176. | | | | | Sold (part) | 01/29/15 | J | | |
| 177. | | | | | Sold | 09/02/15 | K | | |
| 178.  - RS Invst Global Natural Resources Mutual Fund | | None | K | T | Buy | 11/24/15 | K | | |
| 179.  - Templeton Emerging Markets Small Cap Mutual Fund | | None | | | Sold | 01/29/15 | K | A | |
| 180.  - Templeton Global Bond Market Fund | A | Dividend | K | T | Buy | 11/24/15 | K | | |
| 181.  - Templeton Income Global Total Return Mutual Fund | A | Dividend | | | Buy | 01/29/15 | K | | |
| 182. | | | | | Buy (add'l) | 03/12/15 | K | | |
| 183. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 184. | | | | | Sold | 09/24/15 | K | | |
| 185.  - Thornburg INVT TR Mutual Fund | B | Dividend | K | T | Buy (add'l) | 01/29/15 | J | | |
| 186. | | | | | Buy (add'l) | 03/12/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bowbeer, Hildy | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 188. - Vanguard FTSE Developed Markets ETF | A | Dividend | M | T | Buy | 11/24/15 | M | | |
| 189. - Vanguard Sector Index Financials ETF | A | Dividend | K | T | Buy | 01/29/15 | J | | |
| 190. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 191. | | | | | Sold (part) | 09/02/15 | J | | |
| 192. - Vanguard Sector Index Energy ETF | A | Dividend | | | Buy | 01/29/15 | J | | |
| 193. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 194. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 195. | | | | | Sold | 11/24/15 | K | | |
| 196. - Wells Fargo Absolute Return Mutual Fund | | None | | | Sold | 01/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section I, line 4, Trust #1 is minimally funded (approx. $400 in an account at US Bank) until my death, at which time the portion of my assets designated for the beneficiary will flow into the trust.

In Section VII, line 1, the 3M "VIP Plan" was an employer directed 401(k) plan. It did not report the nature of gains or losses - all gains were reflected in the increase in the reported value of the account. I closed it out and rolled it over to a Northwestern Mutual IRA. Those assets are listed at lines 29-65. It is different from the "VIP Excess Plan," which is a deferred compensation plan. However, it appears the 3M VIP Plan was inadvertently omitted from the initial report filed last year. I will be filing an amended initial report which will include that asset.

In Section VII, lines 5 and 6, the entry reflects the exercise of 3M stock options, which were exercised and the stock then immediately sold. The resulting income from the difference between the grant price and the price at exercise is reflected in the non-investment income from 3M Company in Section III-A.

In Section VII, line 7, the value depicted for the 3M Company Restricted Stock Units (unvested) is based on the market price of the stock at the time the report was created. Any vested RSUs are distributed to the individual stock account, which is reported in line 3.

In section VII, line 8, the VIP Excess Plan does not report the nature of gains or losses - all gains are reflected in the increase in the value of the account.

In Section VII, line 22, the CollegeBound fund is a 529 plan that does not report dividends or interest. All gains are reflected in the increase in the value of the account.

In Section VII, line 52, the PIMCO Income Fund Class P was purchased on 08/06/14 but inadvertently omitted as a separate item from the 2014 annual report. A similar amount of PIMCO Commodities Plus Strategy Fund Class P (Section VII, line 51 of this report) was purchased on the same day and was included on the 2014 report, which probably accounts for the oversight. Both holdings are correctly itemized here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hildy Bowbeer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544